UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00338-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. THOMAS BADER,
2. KEVIN HENRY,
3. BRADLEY BLUM,
**4. COLLEGE PHARMACY, INC.,**

       Defendants.

---

### ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#205)** on July 11, 2008, by Defendant College Pharmacy, Inc. The Court construes this Notice as a motion to change its plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **January 26, 2009,** at **10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 15th day of September, 2008.

                                                  **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge